**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00700-CR

---

## IN RE PRINCELLA V. ROSS-STEELS, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

---

## MEMORANDUM OPINION

On August 19, 2015, relator Princella V. Ross-Steels filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the District Clerk of Harris County to transmit relator's application for writ of habeas corpus and other documents to the Court of Criminal Appeals.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or

county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221 (West 2004). Because the petition for writ of mandamus is not directed to a court, but to the District Clerk of Harris County, and is not necessary to enforce this court's jurisdiction, we have no jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).